# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  11 B 41826 |
| **MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP,** | ) ) | Honorable Jacqueline P. Cox |
| | ) | Motion Date: September 18, 2012 |
| **Debtor.** | ) | Motion Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 18, 2012, at the hour of 9:30 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois 60604 or any judge sitting in her stead.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of an Order of Discharge and Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on September 11, 2012.

/s/*Robert R. Benjamin*
Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

{00141020.DOC /}

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via Regular Mail

Associate Area Counsel, SB/SE
200 West Adams Street, Suite 2300
Chicago, IL 60606
Via Regular Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Regular Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55, Ben Franklin Station
Washington, DC 20044
(*Contested Matters)
Via Regular Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via Regular Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via Regular Mail

Banco Popular
c/o Kevin R. Purtill, Francisco Connell &
Edmund M. Burke
Chuhak & Tecson, P.C.
30 South Wacker Drive
Chicago, Illinois 60606-7512
Via CM/ECF

Michael Bahary & Steven Bahary Partnership
2223 N. Cicero Ave.
Chicago, IL 60639
Via Regular Mail

Abid Sabeeh
4 N. Barlett Rd.
Streamwood, IL 60107
Via Regular Mail

Ali Alirad
525 N. Ashland Ave., 2nd Fl
Chicago, IL 60622
Via Regular Mail

Ben Mackenn
Foruzan Namdari & Ronnie Khoshaba
2247 N. Cicero Ave.
Chicago, IL 60639
Via Regular Mail

Capital One Bank
9025 Main Rd.
Mattituck, NY 11952
Via Regular Mail

Casas Body Shop
c/o Efrain Casas
334 W. Grand Ave.
Elmhurst, IL 60126
Via Regular Mail

First Midwest Bank
c/o David L. Kane
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, IL 60606
Via CM/ECF

FirstMerit Bank, N.A.
c/o Brianna M Sansone, William J. Serritella
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611
Via CM/ECF

Dante Lenzi
462 N. Halsted St.
Chicago, IL 60642
Via Regular Mail

Deko Trends
c/o Reza Govarshki
2211 N. Cicero Ave
Chicago, IL 60639
Via Regular Mail

Delarad Inc.
P.O. Box 34084
Chicago, IL 60634
Via Regular Mail

Elmhurst Autoplex, Inc.
c/o Joseph Brogan
334 W. Grand Ave.
Elmhurst, IL 60126
Via Regular Mail

Urandari Galsan
5961 Mackinac Ln
Hoffman Estates, IL 60192
Via Regular Mail

Corey Berman
20 S. Clark St., Suite 1050
Chicago, IL 60603
Via Regular Mail

Flanagan Bilton
500 N. Dearborn St., Suite 400
Chicago, IL 60654
Via Regular Mail

George Svoboda
1700 Anthony Lane
Lake Moore, IL 60051
Via Regular Mail

Hammer Construction
1457 W. Thomas
Chicago, IL 60622
Via Regular Mail

Ivan Auto Sales
1844 N. Cicero
Chicago, IL 60639
Via Regular Mail

Maasoumeh Karimi
P.O. Box 34084
Chicago, IL 60634
Via Regular Mail

Marjan Obaie
4302 Oak Knoll Ct.
Northbrook, IL 60062
Via Regular Mail

Michael Bahary
6531 N. Longmeadow
Lincolnwood, IL 60712
Via Regular Mail

MB Financial Bank
f/k/a New Century Bank
1601 N. Ashland
Chicago, IL 60642
Via Regular Mail

Naziri Construction
P.O. Box 957611
Hoffman Estates, IL 60195
Via Regular Mail

Nishay K. Sanan
c/o Steven Hall
20 S. Clark, Suite 2600
Chicago, IL 60603
Via Regular Mail

Windy City Auto Brokers
c/o Musa Hanash & Jamal Ali
2223 N. Cicero
Chicago, IL 60639
Via Regular Mail

Nore Kordvani
1559 N. Mannheim Rd., Suite 2E
Stone Park, IL 60165
Via Regular Mail

Steven Bahary
6635 N Longmeadow
Lincolnwood, IL 60712
Via Regular Mail

Moonshine, Inc.
1824 W. Division St
Chicago, IL 60622

**IN THE UNITED STATES BANKRUPTCY COURT**

{00141020.DOC /}-3-

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 11 B 41826 |
| **MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP,** | ) ) | Honorable Jacqueline P. Cox |
| | ) | Motion Date: September 18, 2012 |
| Debtor. | ) | Motion Time: 9:30 a.m. |

### MOTION FOR ENTRY OF A FINAL DECREE ORDER

Debtor, MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP ("Debtor") and their attorneys, GOLAN & CHRISTIE LLP, move this Court for entry of a final decree and in support thereof states as follows:

Debtor, 5758 NORTH CALIFORNIA LLC, by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On October 14, 2011, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On August 21, 2011, this Court entered an order confirming Second Amended Plan of Reorganization Dated June 14, 2012 which provides for a distribution of 104% *pro rata* to unsecured creditors.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administrate.

WHEREFORE, Debtor, MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP, prays as follows:

    A.    That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

MICHAEL BAHARY & STEVEN
BAHARY PARTNERSHIP

/s/ *Robert R. Benjamin*
    Robert R. Benjamin
    One of its attorneys

Robert R. Benjamin (ARDC # 0170429)
Barbara L. Yong (ARDC# 06184000)
Beverly A. Berneman (ARDC #06189418)
Caren A. Lederer (ARDC #06244631)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300