UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-41826 |
| | ) | |
| MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP | ) ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, MICHAEL BAHARY & STEVEN BAHARY PARTNERSHIP, for entry of an order of final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On October 14, 2011, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On August 21, 2011, this Court entered an order confirming Second Amended Plan of Reorganization Dated June 14, 2012 which provides for a distribution of 104% pro rata to unsecured creditors.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

A. The estate is closed.

Enter: *Jacqueline P. Cox*

J. Cox
United States Bankruptcy Judge

Dated: 9-18-12

**Prepared by:**
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

Rev: 20120501_bko